UNITED STATES DISTRICT COURT            SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
November 21, 2017
David J. Bradley, Clerk

| | |
|---|---|
| BENJAMIN SCOTT JACOBY, § <br>     Petitioner, § <br> § <br> v. § <br> § <br> LORIE DAVIS, § <br> Director, Texas Department of Criminal § <br> Justice, Correctional Institutions Division, § <br>     Respondent. § | CIVIL ACTION NO. 4:16-CV-03382 <br> *Consolidated with* <br> CIVIL ACTION NO. 4:16-CV-03383 |

## Order of Adoption

On October 31, 2017, Magistrate Judge Stephen Wm. Smith issued a memorandum and recommendation (15). No timely objections have been filed. After considering the record and the law, the court adopts the memorandum and recommendation as its memorandum and opinion. The petition for writ of habeas corpus is denied with prejudice. The court will issue a separate final judgment.

Signed _____Nov. 21_____, 2017, at Houston, Texas.

                                                             Lynn N. Hughes
                                                             United States District Judge